IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

   Plaintiff,

     v.

SABRINA LYNN AMADOCOE
OR OCCUPANT,

   Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-3176-TWT

## ORDER

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending remanding the case to the Magistrate Court of DeKalb County. The Defendant's objections are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of DeKalb County.

SO ORDERED, this 20 day of December, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Federal National Mortgage\11cv3176\r&r.wpd